## UNITED STATES v. SCARNEOS.

(District Court, S. D. New York. August 13, 1925.)

Intoxicating liquors ⬤⟹222—Information charging unlawful possession of liquor need not negative defense that possession is under permit.

That defendant's possession of intoxicating liquor was under permit is a matter of defense, and under National Prohibition Act, tit. 2, § 32 (Comp. St. Ann. Supp. 1923, § 10138½s), need not be negatived in information.

Louis Scarneos was charged by information with unlawfully possessing intoxicating liquor. On motion to quash information. Motion denied.

Emory R. Buckner, U. S. Atty., of New York City (John J. Fogarty, Asst. U. S. Atty., of Yonkers, N. Y., of counsel), for the United States.

S. T. Walkup, of New York City, for defendant.

GARVIN, District Judge. This is a motion to quash an information filed herein against the defendant above named. The information charges that the defendant unlawfully, willfully, and knowingly possessed in a drug store at a given address within this district a quantity of intoxicating liquor, to wit, three pints of whisky.

The defendant claims that he had a permit for this whisky. If so, this is a matter of defense. Under the National Prohibition Law it is not necessary in an information to include any defensive negative averments. Section 32, tit. 2, National Prohibition Law (Comp. St. Ann. Supp. 1923, § 10138½s).

All the other questions involved in the amended motion may and should be presented at the trial.

The amended motion is therefore denied.